

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2015

No. 04-15-00199-CR

Gabriel **JIMENEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR0420
Honorable Ron Rangel, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to November 9, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court